IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY L. RANSOME, | ) | Civil Action No.:  2:20-cv-00002-JFC-PLD |
| Plaintiff | ) | |
| v. | ) | |
| VERIZON COMMUNICATIONS | ) | |
| Defendants. | ) | |

**REPORT OF NEUTRAL**

A <u>Mediation</u> session was held in the above captioned matter on <u>June 3, 2020</u>.

The case (please check one):
     <u>  X  </u> has resolved
     <u>       </u> has resolved in part (see below)
     <u>       </u> has not resolved.

The parties request that a follow up conference with the Court should be scheduled within <u>       </u> days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

<u>      /s/Louis B. Kushner      </u>
                          Signature of Neutral

Dated:  <u>June 4, 2020</u>

Rev. 09/11

ND: |65514-5

4811-8164-3199, v. 1